UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-378-1BO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JIMMY NEGRON, JR. | ORDER<br>AMENDING JUDGMENT |

This matter is before the court on the unopposed motion of the defendant for appropriate relief after sentencing.

For good cause shown, the court hereby grants the motion for appropriate relief and amends the original judgment as follows:

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

Bureau of Prisons -- One month
In addition, pursuant to USSG § 5C1.1, the defendant is required, as a special condition of Supervised Release, to spend the first three months in a Residential Reentry Center, Halfway House, or Home Detention.

## SPECIAL CONDITIONS OF SUPERVISION

Pursuant to USSG § 5C1.1, the defendant is required, as a special condition of Supervised Release, to spend the first three months in a Residential Reentry Center, Halfway House, or Home Detention.

All other aspects of the original judgment dated May 22, 2012, are hereby reaffirmed.

It is so ORDERED.

This the 30 day of August, 2012.

                                                       TERRENCE W. BOYLE
                                                      United States District Court Judge